UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    :
ERIKA ALEXANDRIA, on behalf of herself and all   :
others similarly situated,     :
    :
           Plaintiff,   :    25-CV-01465 (JAV)
    :
       -v-   :    <u>ORDER</u>
    :
PETIT VOUR, LLC,   :
    :
           Defendant.   X
-------------------------------------------------------------------

JEANNETTE A. VARGAS, United States District Judge:

      Pursuant to the Court's Order dated March 4, 2025, ECF No. 5, the parties were required to file a joint letter and proposed Civil Case Management Plan and Scheduling Order, the contents of which are described therein, by June 16, 2025. To date, the parties have not filed the joint letter and proposed Civil Case Management Plan and Scheduling Order. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 20, 2025**.

      SO ORDERED.

Dated: June 18, 2025                               _____
      New York, New York                   JEANNETTE A. VARGAS
                                                    United States District Judge